IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. </br></br>    v. </br></br> DR. REDDY'S LABORATORIES, LTD. and </br> DR. REDDY'S LABORATORIES, INC. | ) </br> ) </br> )   Civil Action No. </br> ) </br> ) </br> ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  November 13, 2013

Date of Expiration of Patent:  March 26, 2029

Thirty Month Stay Deadline:  May 13, 2016

| | |
|---|---|
| 12/20/2013 </br> Date | /s/ Karen E. Keller (No. 4489) </br> Attorney(s) for Plaintiff |