IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No._____ |
| | ) |
| DR. REDDY'S LABORATORIES, LTD. and | ) |
| DR. REDDY'S LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Cephalon, Inc. ("Cephalon") hereby submits the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1.  Cephalon is an indirect wholly owned subsidiary of Teva Pharmaceuticals Industries Ltd. ("Teva Ltd."), which is a publicly traded company; and

2.  Teva Ltd. is the only publicly traded company that owns 10% or more of the stock of Cephalon.

| | |
|---|---|
| OF COUNSEL:<br>David M. Hashmall<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>(212) 813-8800<br><br>Daryl L. Wiesen<br>Emily L. Rapalino<br>Nicholas K. Mitrokostas<br>GOODWIN PROCTER LLP<br>Exchange Place<br>GOODWIN PROCTER LLP<br>Boston, MA 02109<br>(617) 570-1000 | Respectfully submitted,<br><br>*/s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Stephanie E. O'Byrne (No. 4446)<br>SHAW KELLER LLP<br>300 Delaware Ave., Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Plaintiff Cephalon, Inc.* |

Dated:  December 20, 2013