## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CASE NO.: 13-2082

### AFFIDAVIT OF DUE DILIGENCE

Cephalon, Inc.

    Plaintiff/Petitioner,

vs.

Dr. Reddy's Laboratories,
Ltd., et al.

    Defendant/Respondent.

Received by ASAP Legal Services, LLC on 12/23/2013 at 05:53 PM to be served upon:

Dr. Reddy's Laboratories, Inc.
200 Somerset Corporate Blvd. 7th Floor
Bridgewater, NJ 08807

STATE OF NEW JERSEY
COUNTY OF SOMERSET   ss.

I, James Swickle, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On 12/23/2013 at 02:30 PM, I non-served the within SUMMONS; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CIVIL COVER SHEET; SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; RULE 7.1 CORPORATE DISCLOSURE STATEMENT; COMPLAINT; EXHIBITS on Dr. Reddy's Laboratories, Inc. in the manner indicated below:

NON-SERVICE: For the reason(s) in the comments below:

The address provided is currently a vacant office. I spoke with Trisha, and employee of the moving company, who stated that Dr. Reddy's Laboratories, Inc. is currently in the process of moving to 107 College Road East, Princeton, NJ. She further advised that they will be closing early for the upcoming Holiday.

Sworn to and subscribed before me on this 31 day of December, 2013 by an affiant who is personally known to me or produced identification.

Suzanne Weingartner
NOTARY PUBLIC

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

X _____
James Swickle
ASAP Legal Services, LLC
12480 W 62nd Terr., Suite 301
Shawnee, KS  66216
913-829-7378
Atty File#:  - Our File# 49177

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 13-2082
Date Filed: 00/00/0000

AFFIDAVIT OF SERVICE

Cephalon, Inc.

    Plaintiff/Petitioner,

vs.

Dr. Reddy's Laboratories,
Ltd., et al.

    Defendant/Respondent.

STATE OF NEW JERSEY
COUNTY OF SOMERSET  ss.

I, Charles Deeck, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On 12/26/2013 at 04:45 PM, I served the within SUMMONS; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CIVIL COVER SHEET; SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; RULE 7.1 CORPORATE DISCLOSURE STATEMENT; COMPLAINT; EXHIBITS on Dr. Reddy's Laboratories, Inc. at 107 College Road East, Princeton, NJ 08540 in the manner indicated below:

By delivering a true copy of this process to Meredith Cook, Senior Counsel of the above named corporation and informing him/her of the contents.

Description of person served:
Sex: Female – Age: 40 – Skin: White – Hair: Lt. Brown – Height: 5'6 – Weight: 125

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this ___ day of _____, 20__
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

X _____
Charles Deeck - Process Server
ASAP Legal Services, LLC
12480 W 62nd Terr., Suite 301
Shawnee, KS 66216
913-829-7378

Atty File#:  - Our File# 49195